645

for petitioner. *Messrs. H. Victor Spike* and *Raymond W. Starr* for respondent.

No. 406. ENGINEERING & RESEARCH CORP. ET AL. *v.* HORNI SIGNAL MANUFACTURING CORP. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel E. Darby, Jr.* for petitioners. *Mr. Daniel V. Mahoney* for respondent.

No. 424. JOHNSON, ADMINISTRATRIX, *v.* STROMBERG CARLSON TELEPHONE MFG. CO. November 7, 1938. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. William L. Clay* for petitioner. *Mr. William Charles Combs* for respondent.

No. 371. GEORGE W. HELME Co. *v.* UNITED STATES. November 7, 1938. Petition for writ of certiorari to the Court of Claims denied. *Mr. Philip Sheridan McNally* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 394. GLIWA *v.* U. S. STEEL CORP. ET AL. November 7, 1938. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Agnes Gliwa, pro se.* *Mr. William Wallace Booth* for respondents.

No. 395. CARUSI ET AL. *v.* SCHULMERICK. November 7, 1938. Petition for writ of certiorari to the Court of